```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 9 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

Tufamerica, Inc.

          Plaintiff(s),

       -v-

Roc-A-Fella Records, LLC, and
UMG Recordings, Inc.   Defendant(s).

------------------------------------------------------------- X

12 Civ. 7291 (KBF)

SCHEDULING ORDER

KATHERINE B. FORREST, District Judge:

   The parties propose the following schedule for this matter:

1.  All parties [do /(do not)] consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

2.  Close of fact discovery: 9/16/13 . [within 4 months]

3.  Close of expert discovery: 10/16/13 . [25 days after the close of fact discovery]

   The parties contemplate experts in this matter for the following subject(s): Damages, Sampling .

4.  [For F.L.S.A. actions only] The plaintiff(s) [do / do not] anticipate making a motion for conditional class certification.

   Proposed briefing schedule:
   Opening: _____
   Opp'n: _____
   Reply: _____

[Opening brief filed no later than 30 days from the date of the initial pretrial conference; full briefing shall be completed within 30 days of the opening brief]

5. The parties [do / do not] anticipate making dispositive motions. The contemplated dispositive motion(s) is/are a motion(s) Summary Judgment.

Proposed briefing schedule:
Opening: 10/16/13
Opp'n: 11/18/13
Reply: 11/26/13

[Opening brief filed no later than the close of expert discovery; full briefing shall be completed within 52 days of the opening brief]

## DO NOT FILL IN BELOW – THE COURT WILL SET ITEMS 6-9

6. The next status conference in this matter is set for 5/31/13 at 12:00 pm.

7. All pretrial materials, including the Joint Pretrial Order ("JPTO"): 12/9/13.

8. The Final Pretrial Conference ("FPTC") in this matter is set for _____ at _____.

9. Trial in this matter shall commence on 12/16/13. Trial [will / will not] be before a jury. Trial is anticipated to take four (4) [days / weeks].

SO ORDERED:

Dated: New York, New York
       2/15, 2013

_____
KATHERINE B. FORREST
United States District Judge